U.S. DISTRICT COURT
SAVANNAH
2013 MAY -8 PM 12:49
CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JERMAINE ROSS | ) | INDICTMENT NO. CR408-00083-001 |

## ORDER

Before the Court is Defendant's motion to reduce (or remit the unpaid portion of) the $4,800 fine that was imposed during his September 18, 2008, sentencing hearing. The Judgment directs that the fine be paid at the rate of at least $100 per month over a period of 48 months upon Defendant's release from imprisonment. Defendant, who presently remains incarcerated, complains that he has no financial resources with which to pay the fine, and he anticipates significant expenses related to his children and necessities upon his eventual release.

Pursuant to 18 U.S.C. § 3572(d)(3), the Court has the authority to modify fine payments based on a defendant's changed economic circumstances, if such circumstances might affect the defendant's ability to pay the fine. Defendant's motion contains no description of a material change in his economic circumstances from when he was sentenced. Then, as now, the Court understood that Defendant would be imprisoned and his earning capacity would be reduced; as such, the Court specified that payments made while in prison would be made in "quarterly installments of a minimum of $25 if working non-UNICOR or a minimum of 50 percent of monthly earnings if working UNICOR." That determination remains appropriate.

Defendant will be required to obtain verifiable employment upon his release from prison, and his income and liabilities will be thoroughly evaluated by his supervising probation officer. At that

time, should Defendant believe that his financial responsibilities prevent him from making the required payments, he can motion the Court to consider modifying those payments under 18 U.S.C. § 3572(d)(3). Defendant's request now, based on what he anticipates his financial situation to be upon release from prison, is premature.

Defendant's Motion is **DENIED**.

**SO ORDERED**, this 8 day of May, 2013.

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia